UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 16-2645-PSG (KS)                                   Date: July 21, 2016

Title   *Alvin Richardson v. Scott Kernan et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 18, 2016, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a complaint ("Complaint") alleging violations of Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 ("Section 1983") as well as violations of the Americans with Disabilities Act and the Rehabilitation Act of 1974 resulting from his classification as an associate of the Black Guerrilla Family prison gang and subsequent confinement in the Secured Housing Unit ("SHU") at the California Men's Colony State Prison in San Luis Obispo. (Dkt. No. 1.)

On May 3, 2016, the Court dismissed the Complaint with leave to amend for, *inter alia*, failing to state a claim against Defendants Kernan, Smith, Vela, Foston, Brandt, Gentry, and Moore in their individual capacities and failing to state a claim under the Americans with Disabilities Act and the Rehabilitation Act of 1974. (Dkt. No. 7.) The Court ordered Plaintiff to file an Amended Complaint within 30 days – that is, no later than June 2, 2016. (*Id.*) On June 13, 2016, Plaintiff requested an extension of time to file an Amended Complaint (Dkt. No. 8), and, on June 15, 2016, the Court granted Plaintiff's request and ordered Plaintiff to file the Amended Complaint no later than July 5, 2016 (Dkt. No. 9). More than 15 days have passed since Plaintiff's July 5, 2016 deadline, and Plaintiff has neither filed the Amended Complaint nor otherwise communicated with the Court about his case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 16-2645-PSG (KS)                                        Date: July 21, 2016

Title   _Alvin Richardson v. Scott Kernan et al_

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to prosecute and timely comply with the Court's Order of June 15, 2016.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before August 20, 2016**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file an Amended Complaint and a declaration signed under penalty of perjury that explains why he failed to comply with the Court's June 15, 2016 order; or (2) an Amended Complaint.  Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed documented entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

**Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |