JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RICHARDSON,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al,<br><br>   Defendants. | NO. CV 16-2645-PSG (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 1/10/17

_____
PHILIP S. GUTERREZ
UNITED STATES DISTRICT JUDGE

1